April 20, 2012

Ms. Cynthia W. Hamilton
Senior Appellate Disciplinary Counsel
Office of the Chief Disc. Counsel
PO Box 12487
Austin, TX 78711

Ms. Heather Ann Badgett Schaefer
PO Box 860308
Plano, TX 75086
Ms. Linda A. Acevedo
Chief Disciplinary Counsel
P.O. Box 12487
Austin, TX 78711-2487

RE: Case Number: 10-0609
 Court of Appeals Number:
 Trial Court Number: BODA #44292

Style: COMMISSION FOR LAWYER DISCIPLINE
 v.
 HEATHER SCHAEFER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
| | |